UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CLEMENS A. KOOT,<br><br>    Plaintiff<br><br>v.<br><br>BWDAC, INC., et al.,<br><br>    Defendants | Case No.: 2:24-cv-00190-APG-EJY<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that defendant Morse Tec LLC's certificate of interested parties (ECF No. 26) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of defendant Morse Tec LLC as required by the amendment to that rule. A limited liability company is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). The certificate of interested parties identifies Morse's sole member, which also is a limited liability company. The certificate of interested parties must identify the citizenship of each member of that limited liability company as well, and if any of its members are limited liability companies, the citizenship of each of those members, and so on, until the citizenship is determined through natural persons or corporations.

I FURTHER ORDER defendant Morse Tec LLC to file a proper certificate of interested parties by February 28, 2024.

DATED this 14th day of February, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE