# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CLEMENS A. KOOT,<br><br>    Plaintiff<br><br>v.<br><br>BWDAC, INC., et al.,<br><br>    Defendants | Case No.: 2:24-cv-00190-APG-EJY<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that defendant Eaton Aeroquip, LLC's certificate of interested parties (ECF No. 26) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1. A limited liability company "is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Thus, Eaton must identify the citizenship of each of its members.

I FURTHER ORDER defendant Eaton Aeroquip, LLC to file a proper certificate of interested parties by March 19, 2024.

DATED this 7th day of March, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE